## STATE v. RICHARD O. DUNHAM.

203 N. W. 2d 406.

January 12, 1973—No. 43445.

*John J. Scanlan,* for appellant.

*Warren Spannaus,* Attorney General, *Lyman A. Brink,* County Attorney, and *Adlai W. Brink,* Assistant County Attorney, for respondent.

Heard before Knutson, C. J., and Rogosheske, Peterson, and Todd, JJ.

PER CURIAM.

Defendant contends on this appeal from an order of the district court quashing a writ of habeas corpus that the state did not produce enough evidence at the preliminary hearing to establish probable cause for believing him guilty of the offense charged. After a careful review of the record, we conclude that the district court did not err in quashing the writ.

Affirmed.